# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 26, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145918

DUANE J. THOMAS and JUDITH A. LOBATO,
       Plaintiffs-Appellants,

v

DEPARTMENT OF TREASURY,
       Defendant-Appellee.

SC: 145918
COA: 303184
Washtenaw CC: 10-000687-AA

_____/

      On order of the Court, the application for leave to appeal the August 16, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 26, 2012

_____
Clerk

h1217